| | |
|---|---|
| 1 | Natalja M. Fulton (State Bar No. 254858) |
| | Scott P. Jang (State Bar No. 260191) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:  (415) 394-9400 |
| 4 | Facsimile:  (415) 394-9401 |
| | E-mail:  natalja.fulton@jacksonlewis.com |
| 5 | E-mail:  scott.jang@jacksonlewis.com |

Attorneys for Defendants
#1A LIFESAFER OF CALIFORNIA, INC.;
AND #1A LIFESAFER, INC.

Joshua Konecky (State Bar No. 182897)
Nathan Piller (State Bar No. 300569)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email:  jkonecky@schneiderwallace.com
Email:  npiller@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WAGSTAFF, individually, on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees, | Case No. 5:15-cv-00484 NC |
| Plaintiffs, | **REVISED ORDER TO DISMISS CERTAIN DEFENDANTS AND CLAIMS** |
| v. | |
| LIFESAFER OF NORTHERN CALIFORNIA; #1A LIFESAFER OF CALIFORNIA, INC.; AND #1A LIFESAFER, INC., | |
| Defendants. | |

1  For the reasons set forth and discussed in the parties' revised stipulation on this matter, including the affidavit of Kyle L. Allen attached to the stipulation, it is HEREBY ORDERED:

1. All claims asserted in this action against Defendant #1A LifeSafer of California, Inc. are DISMISSED for lack of standing. This dismissal shall not pertain to any individual or entity not currently a named party and/or who have not submitted, as of the date of this order, a consent to join this action.

2. All claims asserted in this action by Plaintiff William Wagstaff against Defendant #1A LifeSafer, Inc. are DISMISSED for lack of standing. This dismissal shall not pertain to any individual or entity not currently a named party and/or who have not submitted, as of the date of this order, a consent to join this action.

IT IS SO ORDERED.

Dated:  July 2, 2015

_____
Judge Nathanael M. Cousins

GRANTED

4852-5362-1797, v. 1