Natalja M. Fulton (State Bar No. 254858)
Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: natalja.fulton@jacksonlewis.com
E-mail: scott.jang@jacksonlewis.com

Michael Masuda (State Bar No. 129313)
NOLAND, HAMERLY, ETIENNE
& HOSS P.C.
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902
Telephone: (831) 424-1414
Facsimile: (831) 424-1975
Email: mmasuda@nheh.com

Attorneys for Defendants
#1A LIFESAFER OF CALIFORNIA, INC.;
and #1A LIFESAFER, INC.

Attorney for Defendant
LIFESAFER OF NORTHERN CALIFORNIA

Joshua Konecky (State Bar No. 182897)
Nathan Piller (State Bar No. 300569)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: jkonecky@schneiderwallace.com
Email: npiller@schneiderwallace.com

Attorneys for Plaintiffs
BYRON L. SCHAEFER; DESHIA MARIE
LEVEQUE; DANIEL SIMMONS; and
CLINTON G. FORMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WAGSTAFF, individually, on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>LIFESAFER OF NORTHERN CALIFORNIA; #1A LIFESAFER OF CALIFORNIA, INC.; AND #1A LIFESAFER, INC.,<br><br>Defendants. | Case No. 5:15-cv-00484 NC<br><br>**ORDER TO DISMISS THE CONSENT PLAINTIFFS' CLAIMS AGAINST ALL DEFENDANTS** |

For all the reasons set forth and discussed in the parties' stipulation on this matter, it is HEREBY ORDERED:

1. All claims asserted by Plaintiffs Byron L. Schaefer, Deshia Marie Leveque, Daniel Simmons, and Clinton G. Forman (collectively "the Consent Plaintiffs") in this action against Defendant LifeSafer of Northern California are DISMISSED for lack of standing. This dismissal shall not pertain to any individual, including Plaintiff William Wagstaff, or entity not currently a named party and/or who have not submitted, as of the date of this order, a consent to join this action.

2. All claims asserted by the Consent Plaintiffs in this action against Defendant #1A LifeSafer of California, Inc. are DISMISSED for lack of standing. This dismissal shall not pertain to any individual or entity not currently a named party and/or who have not submitted, as of the date of this order, a consent to join this action.

3. All claims asserted by the Consent Plaintiffs in this action against Defendant #1A LifeSafer, Inc. ("#1A LifeSafer") are DISMISSED without prejudice.

4. The Consent Plaintiffs may re-file any action that they seek to pursue against #1A LifeSafer for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as asserted in this action, in the United States District Court for the Northern District of Florida.

5. To the extent the Consent Plaintiffs file a Complaint against #1A LifeSafer for any alleged violations of the FLSA asserted in this action in the United States District Court for the Northern District of Florida, those FLSA claims SHALL relate back to the respective dates each of the Consent Plaintiffs filed their Notice of Consent to join as a plaintiff in this action, as provided in Paragraph 6 below.

///
///
///
///
///

6. The statute of limitations for the FLSA claims asserted by the Consent Plaintiffs in this action against #1A LifeSafer SHALL be tolled from (a) the date of this order; and (b) the date the Consent Plaintiffs re-file any action in accordance with Paragraph 4 above, or September 1, 2015, whichever is earlier.

**IT IS SO ORDERED.**

Dated:  July 23, 2015



_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

4812-4191-4661, v.  1

ORDER TO DISMISS THE CONSENT PLAINTIFFS'
CLAIMS AGAINST ALL DEFENDANTS                                Case No. 5:15- cv-00484 NC