UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM WAGSTAFF, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIFESAFER OF NORTHERN CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.15-cv-00484-NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 47 |

　　　　The parties have informed the Court of their settlement in this wage and hour case brought under the Fair Labor Standards Act and the California Labor Code. Wagstaff states that the parties signed a settlement agreement, and he will move to dismiss with prejudice in 30 days. Dkt. No. 47. Settlements of FLSA claims require approval from the Court or the Secretary of Labor. *Luo v. Zynga Inc.*, No 13-cv-00186 NC, Dkt. No. 34, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) ("A district court presented with a proposed settlement of FLSA claims must determine whether the settlement is a fair and reasonable resolution of a bona fide dispute.") (internal quotation marks and citations omitted).

　　　　Accordingly, when the parties are prepared to dismiss the suit, they must produce the settlement agreement and show cause why the Court should approve the settlement agreement and dismiss the case. The parties are further ordered either to file the settlement

Case No.15-cv-00484-NC

1  agreement publicly at that time, or else to show cause why the settlement agreement
2  should be filed under seal under Civil Local Rule 79-5.
3  **IT IS SO ORDERED.**

5  Dated:  October 13, 2015                              _____
                                                         NATHANAEL M. COUSINS
6                                                        United States Magistrate Judge