UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WAGSTAFF, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIFESAFER OF NORTHERN CALIFORNIA, et al.,<br><br>    Defendants. | Case No.15-cv-00484-NC<br><br>**ORDER APPROVING OF FLSA SETTLEMENT AND DISMISSING CASE** |

Plaintiff William Wagstaff requests that the Court dismiss this case with prejudice based on the settlement of the parties. The Court has reviewed the settlement agreement, Dkt. No. 52-2, as well as counsel's declaration describing the potential unpaid wage value ($921) and the case's potential value with penalties ($3,500). The Court finds that the agreement terms ($3,500 to Wagstaff, $7,500 to counsel in attorneys' fees) to be a "fair and reasonable resolution of a bona fide dispute" and dismisses the case. *See Lou v. Zynga, Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014).

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-00484-NC